STEVEN H. YUSTER, Bar No. 188444
KULUVA, ARMIJO & GARCIA
555 S. Flower Street
Suite 600
Los Angeles, California 90071
(213) 612-5335
(213) 612-5712

Attorneys for,
Federal Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, AS SUBROGEE OF RAYMOND & RICKI SYUFY<br><br>Plaintiff,<br><br>vs.<br><br>WHIRLPOOL CORPORATION; 3M COMPANY; AND DOES 1 THROUGH 50, INCLUSIVE<br><br>Defendants. | CASE NO. 2:16-CV-01678-TLN-EFB<br><br>Assigned to:<br>District Judge Troy L. Nunley<br><br>**STIPULATION AND ORDER RE: EXTENSION OF DISCOVERY DEADLINE TO ALLOW FOR DEPOSITION OF 3M COMPANY'S PERSON(S) MOST KNOWLEDGEABLE**<br><br>Trial Date: February 12, 2018 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**WHEREAS**, this matter is currently scheduled for trial on February 12, 2018;

**WHEREAS**, the deadline to complete discovery on this matter is March 12, 2017;

**WHEREAS,** Plaintiff Federal Insurance Company timely noticed the depositions of Defendant 3M Company's Person(s) Most Knowledgeable on February 9, 2017 for March 10, 2017, attached hereto as Exhibit A;

**WHEREAS**, Defendant 3M Company notified Plaintiff Federal Insurance

---

1

STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE

Company on March 7, 2017 that Defendant 3M Company's Person(s) Most Knowledgeable would not be made available until the week of March 20, 2017, or March 27, 2017, after the discovery deadline, attached hereto as Exhibit B;

**WHEREAS,** the Parties agree to extend non-expert discovery cutoff to April 11, 2017 solely to allow for the taking of the depositions of Defendant 3M Company's Person(s) Most Knowledgeable as identified in the notice dated and served on February 9, 2017;

**WHEREAS**, the Parties agree that Defendant 3M Company's Person(s) Most Knowledgeable will be made available telephonically for said depositions on or before April 11, 2017, and such deposition will be completed prior to or on that date;

**IT IS HEREBY STIPULATED AND AGREED** by the Parties in this action that the discovery deadline presently set for March 12, 2017 be extended to April 11, 2017 solely to allow for the taking of the depositions of Defendant 3M Company's Person(s) Most Knowledgeable.

DATED: March 9, 2017                    KULUVA, ARMIJO & GARCIA

                                        By: /s/ Steven H. Yuster
                                            STEVEN H. YUSTER
                                            Attorney for
                                            Federal Insurance Company

DATED: March 9, 2017                    NELSON MULLINS

                                        By:  /s/Sarah T. Eibling
                                            SARAH T. EIBLING
                                            Attorney for
                                            3M Company
                                            Whirlpool Corporation

1    IT IS SO ORDERED.

2   DATED:    March 10, 2017

3

4                                                    _____
                                                     Troy L. Nunley
5                                                    United States District Judge